**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC ANTHONY DONIAS,<br><br>Petitioner,<br><br>v.<br><br>RAYTHEL FISHER,<br><br>Respondent. | No.  2:16-CV-2674-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is petitioner's motion, ECF No. 55, for the appointment of counsel, discovery, and a stay of proceedings.

This case has been ready for a decision on the merits since approximately November 26, 2019.  The operative third amended petition was filed on July 31, 2017.  See ECF No. 17.  Respondent filed an answer to the third amended petition on July 8, 2019.  See ECF No. 46.  On August 22, 2019, October 3, 2019, the Court granted petitioner extensions of time to file a traverse.  See ECF Nos. 49 and 51.  On December 9, 2019, the Court denied petitioner a third extension of time for lack of good cause shown.  See ECF No. 54.  Petitioner now, over five months later, brings the currently pending motion seeking counsel, an order for discovery, and a stay of proceedings.

///

1

Because petitioner's current motion has been filed after the time to file a traverse has expired, and because this case is ready for a decision on the merits, petitioner's motion will be denied as unnecessary and untimely. The merits of petitioner's third amended petition are addressed by separate memorandum opinion and order.

IT IS SO ORDERED.

Dated: May 28, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE